PETER OCHENKOWSKI v. A. Z. FORD INC.

October 29, 1975. Petition for certification denied.

TOWNSHIP OF MARLBORO v. VILLAGE WATER CO.

October 29, 1975. Petition for certification granted.

FRANK J. INGANAMORT v. JOHN F. INGANAMORT.

October 29, 1975. Petition for certification denied.

JERSEY CITY REDEVELOPMENT AGENCY v. FAIRMOUNT CORPORATION.

October 29, 1975. Petition for certification denied.

FRANK CUTRO v. AEROIL PRODUCTS.

October 29, 1975. Petition for certification denied.

JOAN BROWN v. DIVISION OF PUBLIC WELFARE, NEW JERSEY DEPARTMENT OF INSTITUTIONS AND AGENCIES.

October 29, 1975. Petition for certification denied.